AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| POPEYES LOUISIANA KITCHEN, INC. <br> *Plaintiff(s)* <br><br> v. <br><br> LEBLON FRANCHISING HOLDINGS, LLC, <br> EMILIO C. GOMES BUSOLI, TOMAS MACIEL, <br> LUCIANO MARINHO, ARIVALDO ROCHA, and <br> RAFAEL IVANISK OLIVERA <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:25-cv-24323-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> LEBLON FRANCHISING HOLDINGS, LLC
> By Serving Its Registered Agent:
> Emilio C. Gomes Busoli
> 227 West 4th Street, Suite 219
> Charlotte, NC 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Joblove, Esq.
> Elizabeth G. McIntosh, Esq.
> VENABLE LLP
> 801 Brickell Avenue, Suite 1500
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Sep 22, 2025

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| POPEYES LOUISIANA KITCHEN, INC. )<br>*Plaintiff(s)* )<br>v. )<br>LEBLON FRANCHISING HOLDINGS, LLC, )<br>EMILIO C. GOMES BUSOLI, TOMAS MACIEL, )<br>LUCIANO MARINHO, ARIVALDO ROCHA, and )<br>RAFAEL IVANISK OLIVERA )<br>*Defendant(s)* ) | Civil Action No.  1:25-cv-24323-KMW | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> EMILIO C. GOMES BUSOLI
> 227 West 4th Street, Suite 219
> Charlotte, NC 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Joblove, Esq.
> Elizabeth G. McIntosh, Esq.
> VENABLE LLP
> 801 Brickell Avenue, Suite 1500
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Sep 22, 2025

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

|  |  |  |
|---|---|---|
| POPEYES LOUISIANA KITCHEN, INC. | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | ) ) | Civil Action No.  1:25-cv-24323-KMW |
| LEBLON FRANCHISING HOLDINGS, LLC, EMILIO C. GOMES BUSOLI, TOMAS MACIEL, LUCIANO MARINHO, ARIVALDO ROCHA, and RAFAEL IVANISK OLIVERA | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
> TOMAS MACIEL
> 225 South Poplar Street
> Charlotte, NC 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Michael D. Joblove, Esq.
> Elizabeth G. McIntosh, Esq.
> VENABLE LLP
> 801 Brickell Avenue, Suite 1500
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Sep 22, 2025

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| POPEYES LOUISIANA KITCHEN, INC. ) ) ) ) ) ) *Plaintiff(s)* ) v. ) LEBLON FRANCHISING HOLDINGS, LLC, ) EMILIO C. GOMES BUSOLI, TOMAS MACIEL, ) LUCIANO MARINHO, ARIVALDO ROCHA, and ) RAFAEL IVANISK OLIVERA ) *Defendant(s)* ) | Civil Action No.   1:25-cv-24323-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> LUCIANO MARINHO
> 645 Elso Previtale St.
> Valinhos, SP 13272
> Brazil

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Joblove, Esq.
> Elizabeth G. McIntosh, Esq.
> VENABLE LLP
> 801 Brickell Avenue, Suite 1500
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Sep 22, 2025

Angela E. Noble
Clerk of Court

s/ *Clifford Charles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

<table>
<tr><td>POPEYES LOUISIANA KITCHEN, INC.<br><br>*Plaintiff(s)*<br><br>v.<br><br>LEBLON FRANCHISING HOLDINGS, LLC,<br>EMILIO C. GOMES BUSOLI, TOMAS MACIEL,<br>LUCIANO MARINHO, ARIVALDO ROCHA, and<br>RAFAEL IVANISK OLIVERA<br><br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:25-cv-24323-KMW</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

     ARIVALDO ROCHA
     264 W 25th Street, Apt 4B
     New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Michael D. Joblove, Esq.
     Elizabeth G. McIntosh, Esq.
     VENABLE LLP
     801 Brickell Avenue, Suite 1500
     Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Sep 22, 2025

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |  |
|---|---|---|
| POPEYES LOUISIANA KITCHEN, INC. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:25-cv-24323-KMW |
| LEBLON FRANCHISING HOLDINGS, LLC, EMILIO C. GOMES BUSOLI, TOMAS MACIEL, LUCIANO MARINHO, ARIVALDO ROCHA, and RAFAEL IVANISK OLIVERA | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> RAFAEL IVANISK OLIVERA
> Rua Domingues Leme, Apt. 61
> 301 Sao Paulo, SP
> Brazil

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Joblove, Esq.
> Elizabeth G. McIntosh, Esq.
> VENABLE LLP
> 801 Brickell Avenue, Suite 1500
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Sep 22, 2025

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court